NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

EUWAN Y.A. GODFREY,
*Petitioner,*

v.

DEPARTMENT OF TRANSPORTATION,
*Respondent.*

---

2010-3127

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. PH4324090182-I-3, PH4324100080-I-1, and PH3443070135-M-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Euwan Y.A. Godfrey's motion for a 30-day extension of time, until September 1, 2010, to file her brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 1 6 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Euwan Y.A. Godfrey
     Tara K. Hogan, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 1 6 2010

**JAN HORBALY**
**CLERK**